SCOTT N. SCHOOLS (SC SBN 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6730
   FAX: (415) 436-6748

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMMAD BIGDELI, <br>             Plaintiff, <br><br>            v. <br><br> MICHAEL CHERTOFF, Secretary Homeland Security; <br> EMILIO GONZALES, USCIS Director <br> DAVID STILL, District Director, <br> Department of Homeland Security, <br><br>            Defendants. | No. C 07-2187 EMC <br><br> **SECOND STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE; AND [P~~ROPOSED~~] ORDER** |

    The plaintiff, by and through his attorney of record, and defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a second extension of time, based on the following:

    1. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration (USCIS) on August 4, 2004.

    2. The FBI completed the namecheck of plaintiff.

    3. In order to complete adjudication of plaintiff's naturalization application, USCIS needs to conduct an updated interview of plaintiff.

    4. Plaintiff's attorney will be on maternity leave until September 10, 2007.

Stip. to Extend
C07-2187 EMC                                          1

5. USCIS will schedule the interview after plaintiff's attorney returns from maternity leave.

6. The parties respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | October 8, 2007 |
| Last day to file Joint ADR Certification: | October 17, 2007 |
| Last day to file/serve Joint Case Management Statement: | October 31, 2007 |
| Case Management Conference: | November 7, 2007, at 1:30 p.m. |

Date: July 20, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

　　　　/s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: July 20, 2007

　　　　/s/
MONICA GANJOO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: July 24, 2007

EDWARD M. CHEN
United States District Judge

Stip. to Extend
C07-2187 EMC        2