1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7

8  Attorneys for Defendants

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12  MOHAMMAD BIGDELI,                    )
                                         ) No. C 07-2187 EMC
13              Plaintiff,               )
                                         )
14          v.                           )
                                         ) **STIPULATION TO DISMISS and**
15  MICHAEL CHERTOFF, Secretary          ) **[PROPOSED] ORDER**
    Homeland Security;                   )
16  EMILIO GONZALES, USCIS Director      )
    DAVID STILL, District Director,      )
17  Department of Homeland Security,     )
                                         )
18              Defendants.              )
                                         )
19  ─────────────────────────────

20      Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21  of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled

22  action without prejudice in light of the fact that the United States Citizenship and Immigration

23  Services is now prepared to adjudicate Plaintiff's application for naturalization and agrees to do so

24  within 30 days of the dismissal of this action.

25      Each of the parties shall bear their own costs and fees.

26  ///

27  ///

28

Stipulation to Dismiss
C07-2187 EMC                             1

1 | Date: October 1, 2007 | Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR
Assistant United States Attorney
Attorneys for Defendants

Date: September 28, 2007

_____/s/_____
MONICA GANJOO
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: October 2, 2007

EDW[ARD M. CHEN]
United [States Magistrate Judge]

*IT IS SO ORDERED*
Judge Edward M. Chen

Stipulation to Dismiss
C07-2187 EMC                           2